FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 14 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Information |
| DAWN ANDERSON, A/K/A "PRESTIGE", AND DISTINCVISION, LLC, D/B/A LIQUIDATION OUTLET CENTER | No. 1:18-CR-24 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 2, 2016, in the Northern District of Georgia, the defendants, DAWN ANDERSON and DISTINCVISION, LLC, d/b/a Liquidation Outlet Center, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, aided and abetted by each other, did knowingly fail to make an appropriate entry in a record DISTINCVISION, LLC, d/b/a Liquidation Outlet Center was required to keep pursuant to Section 923 of Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B), and Section 2.

BYUNG J. PAK
United States Attorney

KATHERINE M. HOFFER
Assistant United States Attorney
Georgia Bar No. 045737

JOLEE PORTER
Assistant United States Attorney
Georgia Bar No. 462455

600 U.S. Courthouse • 75 Ted Turner Drive
Atlanta, GA 30303 • 404-581-6000